# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV419-057 |
| REAL PROPERTY LOCATED AT 645 EAST 39TH STREET SAVANNAH, GEORGIA 31401 | ) ) ) ) ) | |
| Defendant. | ) | |

## ORDER

The Government filed this forfeiture action on March 8, 2019. Doc. 1. The Government and responding parties conferred in June. *See* doc. 12. The parties proposed deadlines, but no scheduling order was entered. Nevertheless, all the proposed deadlines have passed. *See* doc. 12-1. No motions have been filed. The parties are, therefore, **DIRECTED** to file a Status Report within fourteen days and inform the Court of the status of the case, including the status of the parties' settlement negotiations, if any.

**SO ORDERED,** this 21st day of February, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA