# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV419-057 |
| REAL PROPERTY LOCATED AT 645 EAST 39TH STREET SAVANNAH, GEORGIA 31401, | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

In March of this year, the parties appeared and indicated to the Court that they were in the process of completing settlement negotiations. *See* doc. 16. Since that time, no activity has occurred in the case. The parties are **DIRECTED** to file a Joint Status Report within ten days of the date of this order indicating the status of the settlement negotiations. Failure to do so will result in a recommendation of dismissal for failure to prosecute. *See* S.D. Ga. L.R. 41.1.

**SO ORDERED,** this <u>13th</u> day of October 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA